

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

LUKE STANTON, § 

§ No. 08-12-00294-CR

Appellant §

§ Appeal from the

v. §

§ 211th District Court

THE STATE OF TEXAS, §

§ of Denton County, Texas

Appellee. §

§ (TC# F-2011-1912-C)

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating